# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES of AMERICA : | Cr. 16-371(PGS) |
| V. : | ORDER |
| AJA M. EASLEY : |  |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is on this 24, day of May 2023,

O R D E R E D that Federal Public Defender Benjamin J. West, AFPD for the District of New Jersey, is hereby appointed to represent said defendant in this cause until further order of the Court.

_/s/ Peter G. Sheridan_
PETER G. SHERIDAN, U.S.D.J.

cc: Petitioner
    Federal Public Defender